**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| RAMON JOSE GARCIA, | No. 08-70477 |
| Petitioner, | Agency No. A092-826-918 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 12, 2013[**]

Before:    PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

Ramon Jose Garcia, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

We review de novo questions of law, *Aguiluz-Arellano v. Gonzales*, 446 F.3d 980, 983 (9th Cir. 2006), and we deny the petition for review.

The BIA properly found Garcia removable under 8 U.S.C. § 1227(a)(2)(B)(i) based on his guilty plea conviction under California Health and Safety Code § 11377(a) for possession of a controlled substance where the record of conviction establishes that the controlled substance underlying Garcia's conviction was methamphetamine. *See Ramirez-Villalpando v. Holder*, 645 F.3d 1035, 1040 (9th Cir. 2010) ("We have permitted reliance on an abstract of judgment in combination with a charging document to establish that the defendant pled guilty to a generic crime under the modified categorical approach.").

**PETITION FOR REVIEW DENIED.**